```
                                          FILED
                                          March 18, 2015
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>v.                            )<br>                              )<br>JOSEPH D. RYAN,              )<br>                              )<br>        Defendant.            ) | Case No. 2:15-MJ-00030-DAD-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH D. RYAN, Case No. 2:15-MJ-00030-DAD-2, Charge Title 18 USC §§ 2, 1344(2), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        \_\_   Release on Personal Recognizance

        ✔   Bail Posted in the Sum of $ 50,000 (co-signed)

                ✔   Unsecured Appearance Bond

                \_\_   Appearance Bond with 10% Deposit

                \_\_   Appearance Bond with Surety

                \_\_   Corporate Surety Bail Bond

                ✔   (Other)     With pretrial supervison and conditions of release as stated on the record in open court. Defendant shall be released on 3/19/15 at 9:00 am to the custody of Pretrial Services and transported to West Care.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 18, 2015 at 2:40 pm.

By _____
Dale A. Drozd
United States Magistrate Judge