HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-116 JAM |
| Plaintiff, | DEFENDANT'S WAIVER OF APPEARANCE; ORDER |
| v. | |
| JOSEPH D. RYAN, | DATE: June 10, 2015<br>TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, Joseph Ryan, hereby waives the right to be present in person in open court for arraignment. Mr. Ryan has been charged by indictment. Mr. Ryan affirms that he has received a copy of the indictment and that he wishes to plead not guilty and request a jury trial. Mr. Ryan acknowledges that he has been informed of the charges, the penalties provided by law, and of his rights in this matter. He seeks to waive his appearance in this matter because he is participating in WestCare in Fresno, CA under pretrial services supervision. He was present for his initial arraignment on the complaint, which addresses the same crime. He was informed by the Court of his rights and the charges at that appearance. He asks the Court to accept this waiver.

The defendant further acknowledges being informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal appearance.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 8, 2015

      *s/ Joseph D. Ryan*
JOSEPH D. RYAN
Original retained by attorney

I agree with and consent to my client's waiver of appearance. I have provided him with a copy of the indictment and discussed his rights, the charges, and the statutory penalties with him. I concur with his decision to waive his appearance and be arraigned without his personal appearance.

Dated: June 8, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

      *s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender

Attorney for Defendant
JOSEPH D. RYAN

## **ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts Joseph D. Ryan's waiver of appearance at arraignment.

Dated: June 9, 2015.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE