HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH RYAN, <br><br> Defendants. | No. 15-CR-116 JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:  September 15, 2015 <br> Time:  9:15 a.m. <br> Judge: Hon. John A. Mendez |

The United States of America, through its counsel, Assistant U. S. Attorney Michelle Rodriguez, and defendant, Joseph Ryan, through Assistant Federal Defender, Noa E. Oren, stipulate that the Status Conference, currently scheduled for September 15, 2015, be continued to September 22, 2015 at 9:15 a.m.

The continuance is requested because the parties are negotiating a settlement of this case.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1. The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and

///

///

that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

| | |
|---|---|
| DATED: September 11, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Noa E. Oren<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for JOSEPH RYAN |
| DATED: September 11, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Michelle Rodriguez<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney |

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to September 22, 2015, at 9:15 a.m., before the Hon. John A. Mendez; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: September 11, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge