HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH RYAN,<br><br>    Defendants. | No. 2:15-cr-116 GEB<br><br>STIPULATION AND ORDER<br>TO VACATE TRIAL CONFIRMATION AND<br>TRIAL DATE AND SET FOR CHANGE OF<br>PLEA<br><br>Date:    March 4, 2016<br>Time:    9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

The United States of America, through its counsel, Assistant U. S. Attorney Michelle Rodriguez, and defendant, Joseph Ryan, through Assistant Federal Defender, Noa E. Oren, stipulate that the Trial Confirmation Hearing and Trial Date, currently scheduled for March 4, 2016 and April 5, 2016, be vacated and that Mr. Ryan's matter be calendared for a change of plea on March 11, 2016 at 9:00 a.m.

The continuance is requested for defense preparation and for the court to review the plea agreement.  The signed plea agreement has already been provided to the court.

The parties agree that the above reasons constitute good cause for a continuance. The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED:  March 1, 2016        HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Noa E. Oren*
                             NOA E. OREN
                             Assistant Federal Defender
                             Attorney for JOSEPH RYAN

DATED: March 1, 2016         BENJAMIN B. WAGNER
                             United States Attorney

                             */s/ Michelle Rodriguez*
                             MICHELLE RODRIGUEZ
                             Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the matter continued to March 11, 2016 at 9:00 a.m., before the Hon. Garland E. Burrell, Jr.; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  March 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge