HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org


Attorney for Defendant
JOSEPH D. RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00116-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | |
| JOSEPH D. RYAN, | Date: June 3, 2016 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for  Joseph Ryan that the sentencing hearing, currently scheduled for June 3, 2016, **be continued to June 17, 2016 at 9:00 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 6/3/16 |
| Reply, or Statement of Non-Opposition: | 6/10/16 |
| Judgment and Sentencing Date: | 6/17/16 |

Stipulation to Continue                             -1-                             *U.S. v Ryan, 15-cr-116*

This continuance is made at defense counsel's request, to obtain additional mitigation evidence in preparation of the Motion for Correction of the Presentence Report and sentencing hearing. Probation is aware of this stipulation and has no objection.

Dated:  May 20, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Joseph D. Ryan

Dated: May 20, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the June 3, 2016 sentencing hearing continued to June 17, 2016 at 9:00 a.m. It is further ordered that any formal objections and sentencing memoranda are now due on June 3, 2016 and any replies are now due on June 10, 2016.

Dated:  May 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge