HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org


Attorney for Defendant
JOSEPH D. RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00116-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | ) ) | |
| JOSEPH D. RYAN, | ) ) | Date: June 17, 2016 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for  Joseph Ryan that the sentencing hearing, currently scheduled for June 17, 2016, **be continued to July 29, 2016 at 9:00 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

Reply, or Statement of Non-Opposition:	7/22/16

Judgment and Sentencing Date:	7/29/16

This continuance is made at both parties' request, to obtain additional information in preparation of the parties' Sentencing Memoranda and the sentencing hearing. Probation is aware of this stipulation and has no objection.

1
2
3
4   Dated:  June 2, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

5
6

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Joseph D. Ryan

7
8   Dated: June 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

9
10
11

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorneys for Plaintiff

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the June 17, 2016 sentencing hearing continued to July 29, 2016 at 9:00 a.m. It is further ordered that any sentencing memoranda are now due on July 15, 2016 and any replies are now due on July 22, 2016.

Dated:  June 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge