FILED
FEB 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOSEPH RYAN,<br>    Defendant. | No. 15CR00116<br><br>**RELEASE ORDER** |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release Joseph Ryan from custody on February 1, 2019, as soon as practicable.

IT IS SO ORDERED.

Dated: February 1, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

File copy - served on USM in Court