HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710

Attorney for
JOSEPH D. RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH D. RYAN,<br><br>Defendant. | Case No. 2:15-cr-00116-GEB<br><br>STIPULATED MOTION TO DISMISS VIOLATION PETITION<br><br>Date: June 14, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between United States Probation Officer Lisa Hage, and McGregor Scott, United States Attorney, through Robert Artuz, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Joseph Ryan, that the violation petition alleging a violation of Mr. Ryan's term of supervised release, be dismissed with prejudice. That petition was filed by United States Probation Officer Lisa Hage on February 27, 2019, and signed by this Court on February 28, 2019. CR 134.

Since the filing of that petition, Mr. Ryan has successfully completed the 90-day in-patient drug treatment program at Wellspace Health in Sacramento. He is now taking advantage of aftercare services through the Volunteers of America program on Mather Community Campus.

Ryan Stipulated Request for Dismissal -1-

The parties agree that the interests of justice are served by dismissal of the violation petition.

In light of this stipulated motion, the parties further request that the hearing set for June 14, 2019 at 9:00 A.M., be vacated.

DATED: June 13, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for JOSEPH D. RYAN

Date: June 13, 2019

*s/ George Vidales*
GEORGE VIDALES
United States Probation Officer

Date: June 13, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Robert Artuz*
ROBERT ARTUZ
Assistant United States Attorney

## **O R D E R**

IT IS SO ORDERED. Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby dismisses with prejudice the February 27, 2019 violation petition at CR 134. It is further ordered that the June 14, 2019 hearing be vacated.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge